UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-CV-01925-MSS-TGW

PROFESSIONAL TRANSPORTATION RISK RETENTION GROUP, INC.

Plaintiff,

vs.

LJL TRUCKING INC., MICHAEL DUFFY, YOANIS PEREZ MARTI, and JACKELINE SALAZAR PIOTO

Defendants.

# JUDGMENT

**Decision by Court.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Professional Transportation Risk Retention Group, Inc.'s ("Plaintiff" or "PTRRG"), Applications for Default Judgment against Defendants, LJL Trucking, Inc., Jackeline Salazar Pioto, Michael Duffy, and Yoanis Perez Marti are granted. Default Judgment is entered in favor of the Plaintiff and against Defendants LJL Trucking, Inc., Jackeline Salazar Pioto, Michael Duffy, and Yoanis Perez Marti and the Court hereby declares:

1. Plaintiff, Professional Transportation Risk Retention Group, Inc., does not have any duty to defend or indemnify LJL Trucking, Inc., Jackeline Salazar Pioto, Michael Duffy, and/or Yoanis Perez Marti in connection with the Underlying Lawsuit because Marti was not a scheduled driver under the Policy and the Subject Vehicle does not qualify as a covered auto under the Policy.
2. The MCS-90 Endorsement does not apply to the claims asserted in the Underlying Lawsuit because LJL Trucking, Inc. did not authorize operation of the Subject Vehicle by Marti for the transport of goods in interstate commerce.
3. Default Judgment is entered in favor of the Plaintiff and against Defendants LJL Trucking, Inc., Jackeline Salazar Pioto, Michael Duffy, and Yoanis Perez Marti.
4. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Tampa, Florida this 21st day of October 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party